1
2
3
4
5

6                    **UNITED STATES DISTRICT COURT**

7                    **EASTERN DISTRICT OF CALIFORNIA**

8

9    PATTERSON FROZEN FOODS, INC.,            CASE NO. 1:19-cv-01386-AWI-JDP

10                    Plaintiff
                                             **ORDER CLOSING CASE IN LIGHT OF**
11            v.                             **VOLUNTARY DISMISSAL**

12   STRONG CAPITAL I, LP, *et al.*,

13                    Defendants

14

15

16        On December 20, 2019, the plaintiff in this case filed a notice of voluntary dismissal

17   pursuant to Federal Rule of Civil Procedure 41(a)(1)(A).  (See Doc No. 7.)  Because no defendant

18   has served either an answer or a motion for summary judgment, voluntary dismissal is proper.

19   Accordingly, **IT IS HEREBY ORDERED** that the Clerk shall **CLOSE** this case.

20

21   IT IS SO ORDERED.

22   Dated:   December 26, 2019         _____
                                              SENIOR  DISTRICT  JUDGE
23

24

25

26

27

28